FARBRO CORPORATION, Respondent, *v.* A. F. A. REALTY CORPORATION, Appellant, Impleaded with Others.

(Submitted February 27, 1933; decided March 7, 1933.)

Motion to amend remittitur granted.

Return of remittitur requested and when returned it will be amended by striking therefrom the provision that the complaint be dismissed, with costs, and substituting therefor the provision that a new trial is granted, with costs to the appellant.   (See 261 N. Y. 24.)

FRANCES FRANK, Appellant, *v.* LOUIS LEITER et al., Respondents.

(Submitted February 27, 1933; decided March 7, 1933.)

*Howard D. Bailey* for motion.
*Crandall Melvin* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, on the ground that the unanimous affirmance of the judgment prevents an appeal to this court and on the record the affirmance of the judgment is unanimous.